# IN THE SUPREME COURT OF THE STATE OF NEVADA

AARON LEE TURPENING,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 72629

FILED

APR 11 2017



## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a "reconsideration of modification of sentence." Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

No decision, oral or written, had been made on the motion when appellant filed his appeal. Further, no statute or court rule permits an appeal from an order denying a motion for reconsideration. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. William D. Kephart, District Judge
Aaron Lee Turpening
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A